JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation,<br><br>    Plaintiff,<br>v.<br><br>BUZZFEED, Inc., a Delaware corporation; and DOES 1-10 INCLUSIVE,<br><br>    Defendants. | Case No. CV 12-8715 CAS (RZx)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION DISMISSING ALL CLAIMS WITH PREJUDICE FROM PLAINTIFF'S COMPLAINT<br><br>**Complaint filed:  October 16, 2012** |

---

**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS ALL CLAIMS IN PLAINTIFF'S COMPLAINT**

[~~PROPOSED~~] ORDER

By stipulation of the Parties and good cause having been shown, Plaintiff's Complaint and all claims thereto shall be dismissed with prejudice with all Parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 5, 2013

*[signature]*

The Honorable Christina A. Snyder
United States District Judge
Central District of California

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS ALL CLAIMS IN PLAINTIFF'S COMPLAINT